## Gilbert Meites, Appellant, v. Leonard E. Meites et al., Trading as The Chicago Recorder, Appellees.

### Gen. No. 43,914.

opinion filed April 21, 1947; rehearing denied May 5, 1947; released for publication May 5, 1947. Henry H. Koven, for appellant; Louis E. Levinson, of counsel; Shulman, Shulman & Abrams and Andrew D. Collins, for appellees. Opinion by JUSTICE FEINBERG. **Not to be published in full.**